USDC SCAN INDEX SHEET










JOEH    6/9/04    15:35
3:04-CV-01070    JORDAN V. THOMAS JEFFERSON
*3*
*O.*

35613

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

JORDAN v. SADDLEBACK CHURCH                    Case No. 04cv1070 WQH(RBB)

HON. RUBEN B. BROOKS      CT. DEPUTY VICKY LEE                    Rptr.

Attorneys

| Plaintiffs | Defendants |
|---|---|
| | |
| | |
| | |

PROCEEDINGS:  ____ In Chambers  ____ In Court  ____ Telephonic

Magistrate Judge Ruben B. Brooks recuses himself from the above-referenced case. Case reassigned to Magistrate Judge Nita Stormes.

DATE: June 7, 2004        IT IS SO ORDERED: /s/ Ruben Brooks
                                            Ruben B. Brooks,
                                            U.S. Magistrate Judge

cc: Judge Hayes
    Magistrate Judge Stormes              INITIALS: VL (mg/dl) Deputy
    All Parties of Record

K:\COMMON\BROOKS\RECUSALS\JORDAN1070.WPD